IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WENDELL CRUSE,

          Plaintiff,

v.                                 CIVIL ACTION NO.   3:15-2282

MELISSA ROMANS,
Fiscal Manager, Western Regional Jail,
JANE STEPP,
Counselor, Western Regional Jail,
JOHN CRAWFORD,
Administrator, Western Regional Jail,

          Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Motion to Amend the Complaint be denied; Defendants' Motion for Summary Judgment be granted; and this action be dismissed, with prejudice, and removed from the docket of the Court.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's Motion to Amend the Complaint be **DENIED**; Defendants' Motion for Summary Judgment be **GRANTED**; and this action be

**DISMISSED**, **with prejudice**, and **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: January 20, 2017

_____
ROBERT C. CHAMBERS, CHIEF JUDGE